[830 NE2d 267, 797 NYS2d 369]

Angel Rivera, Respondent, v 2160 Realty Co., L.L.C., Appellant.

Decided April 5, 2005

### APPEARANCES OF COUNSEL

*Fiedelman & McGaw*, Jericho (*Dawn C. DeSimone* of counsel), for appellant.

*Robert Weiss*, New York City, for respondent.

*William D. Fireman, P.C.*, New York City (*William D. Fireman* of counsel), for New York State Trial Lawyers Association, amicus curiae.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, the certified question answered in the affirmative and defendant's motion for summary judgment granted.

In this slip and fall case, tenant failed to raise a triable issue of fact on the issue of whether the landlord had constructive notice on any theory of a dangerous condition in the stairwell. Tenant asserted that while descending the steps at 5:00 A.M., he tripped over a beer bottle. Yet he acknowledged that the bottle was not on the steps at 8:30 P.M. the night before and no evidence was offered indicating that the landlord was notified of the debris that night or that the bottle was present for a sufficient period of time that defendant's employees had an opportunity to discover and remedy the problem (*Gordon v American Museum of Natural History*, 67 NY2d 836, 837 [1986]). "[O]n the evidence presented, the [beer bottle] that caused

plaintiff's fall could have been deposited there only minutes or seconds before the accident and any other conclusion would be pure speculation" (*id.* at 838).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.